IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANK VINCENT WOODS, III, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-18-851-SLP |
| LONNIE LAWSON, et al., | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered herein on September 4, 2018 [Doc. No. 7]. Judge Purcell recommended that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* be denied and that he be required to pay the filing fee in the amount of $5.00 on or before September 24, 2018. The Court Docket reflects that Petitioner paid the filing fee on September 27, 2018. Therefore, the Report and Recommendation is adopted in its entirety. The Motion for Leave to Proceed *In Forma Pauperis* is denied and this matter is re-referred to United States Magistrate Judge Gary M. Purcell in accordance with the original referral entered herein on August 31, 2018.

IT IS SO ORDERED this 28th day of September, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE