IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FRANK VINCENT WOOD, III,       )
                               )
    Petitioner,            )
                               )
v.                             )   Case No. CIV-18-851-SLP
                               )
LONNIE LAWSON, ET AL.,         )
                               )
    Respondent.            )

**O R D E R**

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell Entered October 17, 2018 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted[1]. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of December, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] The Court *sua sponte* granted Petitioner an extension of time within to object to the Supplemental Report and Recommendation by Order entered November 15, 2018. The extension of time was granted due to Petitioner's Notice of Change of Address filed herein on October 22, 2018.